■ FRANCELLA BROWN et al. v ROBERT L. FELDMAN et al. — Motion for an enlargement of time to perfect the appeal and for other relief denied as academic, since movant may raise the Statute of Limitations issue upon plaintiffs' appeal from the final judgment (CPLR 5501, subd [a], par 1). Concur — Sandler, J. P., Sullivan, Ross and Silverman, JJ.